[Crim. No. 610.   Third Appellate District.—April 20, 1922.]

## THE PEOPLE, Respondent, v. WILLIAM RYAN, Appellant.

[1] CRIMINAL LAW—ASSAULT WITH INTENT TO MURDER—CONVICTION—APPEAL—EVIDENCE.—On this appeal from a judgment of conviction of the crime of assault with intent to murder, there was no appearance for appellant, but the appellate court from an examination of the record found that he was fairly tried and justly convicted.

APPEAL from a judgment of the Superior Court of Sacramento County. Malcolm C. Glenn, Judge. Affirmed.

The facts are stated in the opinion of the court.

No appearance for Appellant.

U. S. Webb, Attorney-General, and J. Charles Jones, Deputy Attorney-General, for Respondent.

BURNETT, J.—The defendant was charged in an information filed by the district attorney of Sacramento County with the crime of assault with intent to murder one W. R. Cook, a deputy sheriff of said county.

[1] He was regularly tried and convicted, he moved for a new trial, which was denied, and has appealed from said order and the judgment sentencing him to the penitentiary. There has been no appearance for him in this court, but we have examined the record and find that he was fairly tried and justly convicted.

The judgment and order are therefore affirmed.

Finch, P. J., and Hart, J., concurred.